UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR M. JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>PAUL K. RICHARDSON, et al.,<br><br>Defendants. | No. 2:18-cv-1727 JAM KJN P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the August 15, 2018 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file his objections.

Dated: September 5, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jime1727.36